# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ELISIO OLMEDA,**

    **Plaintiff,**

vs.                                    CASE NO.:

**GMVT MOTORS, LLC d/b/a**
**SEMINOLE CHEVROLET,**

    **Defendant.**
_____/

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

1. Plaintiff ELISIO OLMEDA (hereinafter "Plaintiff"), sues Defendant GMTV MOTORS, LLC d/b/a SEMINOLE CHEVROLET (hereinafter "Seminole Chevrolet"), for violations of the Uniformed Services Employment and Reemployment Act (USERRA), 38 U.S.C. §§ 4301-4335.

2. This Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 38 U.S.C. § 4323(b).

3. Plaintiff is a resident of Sanford, Seminole County, Florida.

4. Defendant is a Foreign Limited Liability Company conducting business in Seminole County, Florida.

5. All facts which give rise to the instant matter occurred in Seminole County, Florida and is therefore, within the jurisdiction of this Court.

6. Venue is appropriate in the Orlando Division of the United States District Court for the Middle District of Florida pursuant to 38 U.S.C. § 4323(c)(2).

7. In February 2021, Plaintiff interviewed for a Sales Associate position with Defendant at its Sanford, Florida location.

8. Defendant owns, controls, maintains, and operates a car dealership known as Seminole Chevrolet located at 972 Towne Center Blvd., Sanford, Florida

9. Plaintiff applied for the position at the request of management from Seminole Chevrolet's "sister" dealership, Seminole Toyota.

10. During the interview with one of Seminole Chevrolet's managers, Rick (LNU), Plaintiff informed Rick that he was in the United States Army Reserves.

11. Plaintiff advised Rick that he would only need to report for Reservist duties one weekend out of each month and for two weeks out of each year.

12. Rick expressed concern with Plaintiff's Army Reservist schedule and said Defendant would have to see if they "could work with his availability."

13. Plaintiff never received a response from Rick and thus, not hired by Defendant.

14. The sole reason for Defendant's denial of employment to Plaintiff was his status as a United Stated Army Reservist.

15. Defendant willfully discriminated against Plaintiff due to his service in the military.

16. Plaintiff has lost wages and other economic benefits as a direct and proximate result of Defendant's discriminatory actions.

17. Plaintiff sues Defendant pursuant to 38 U.S.C. § 4323(a)(3).

WHEREFORE, Plaintiff, ELISIO OLMEDA, demands trial by jury, that Defendant comply with USERRA, compensatory damages, back pay, liquidated damages, attorneys' fees, costs and any other further relief the Court deems appropriate.

Date: <u>June 1, 2021</u>.   Respectfully submitted,

***/s/ Anthony J. Hall***
Anthony J. Hall, Esq.
FL Bar No. 40924
THE LEACH FIRM, P.A.
631 S. Orlando Avenue, Suite 300
Winter Park, Florida 32789
Telephone: (407) 574-4999
Facsimile: (321) 594-7316
Email: ahall@theleachfirm.com
Email: npacheco@theleachfirm.com
***Attorneys for Plaintiff***