# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ELISIO OLMEDA,**

       **Plaintiff,**

**v.**                                        **Case No: 6:21-cv-944-PGB-EJK**

**GMVT MOTORS, LLC,**

       **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, filed in the lead case, 6:21-cv-939, on August 25, 2021.[1] The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants FLTVT, LLC, doing business as Seminole Toyota, and GMVT, LLC, doing business as Seminole Chevrolet, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 26, 2021.

---

[1] On August 6, 2021, the Court consolidated this case with 6:21-cv-939 and directed the parties to file in that action. (Doc. 24).

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties